MORGAN, LEWIS & BOCKIUS LLP
Lisa R. Weddle, Bar No. 259050
lisa.weddle@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071
Tel: +1.213.612.7334
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Jared R. Killeen (*pro hac vice*)
jared.killeen@morganlewis.com
2222 Market Street
Philadelphia, PA 19103
Tel: +1.215.963.5000
Fax: +1.215.963.5001

Attorneys for Defendant,
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| EMSURGCARE, AND EMERGENCY SURGICAL ASSISTANT,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC. AND DOES 1-10.,<br><br>Defendants. | Case No. 2:24-cv-07418-ODW-MAA<br><br>**DECLARATION OF LISA R. WEDDLE IN SUPPORT OF AMAZON'S MOTION TO DISMISS THE COMPLAINT FOR QUANTUM MERUIT**<br><br>Hearing Date: November 18, 2024<br>Time: 1:30 p.m.<br>Complaint Filed: July 10, 2024<br>Removed: August 30, 2024<br><br>The Hon. Otis D. Wright, II |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

DECLARATION OF LISA R. WEDDLE IN SUPPORT OF
AMAZON'S MOTION TO DISMISS
THE COMPLAINT FOR QUANTUM MERUIT
Case No. 2:24-cv-07418-ODW-MAA

I, Lisa R. Weddle, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm Morgan, Lewis & Bockius LLP, counsel for Defendant Amazon.com, Inc. ("Amazon"). I have knowledge of the facts set forth below, based on certain firsthand knowledge, as well as information received and reviewed in connection with this matter.

2. Attached as **Exhibit A** is a true and correct copy of an Explanation of Benefits, with private patient information redacted, which was provided to me by Plaintiffs' counsel.

3. Attached as **Exhibit B** is a true and correct copy of a screenshot of the California Department of Managed Health Care's website showing that Amazon is not a Health Care Service Plan licensed by the State of California, which was accessed at wpso.dmhc.ca.gov/dashboard/SearchHealthPlan.aspx on or about September 26, 2024.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on October 7, 2024 in Los Angeles, California.

/s/ *Lisa R. Weddle*
Lisa R. Weddle

- 2 -

DECLARATION OF LISA R. WEDDLE IN SUPPORT OF AMAZON'S MOTION TO DISMISS THE COMPLAINT FOR QUANTUM MERUIT
Case No. 2:24-cv-07418-ODW-MAA

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A

# aetna℠

Claim Status Information
Call Reference #:

Patient Name:
Relation:
Claim ID:
Received Date: March 14, 2023
Processed Date: April 05, 2023
**STATUS: Completed**

Patient ID:
Member:

TIN:
NPI # :
Check or Trace Number:
Claim Amount Issued to Member:
Claim Amount Issued to Provider: $2402.16
Check Amount for Provider: $2402.16
Check Issue Date for Provider: April 06, 2023
Check Cashed Date: April 18, 2023
Check Mailed to Provider:
Payment Indicator: Single
Clean Claim Date: March 14, 2023

Medical Product:
Dental Product:
Medical Group Number:
Dental Group Number:

| Service Dates | PL | Service Code | Num Svcs | Submitted Charges | Allowable / Negotiated Amount | Copay | Not Payable | See Remarks | Deductible | Co Insurance | Patient Resp | Payable Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/18/2022 05/18/2022 | 23 | | 1 | $70000.00 | $2402.16 | $0.00 | $67597.84 | 1 | $0.00 | $0.00 | $0.00 | $2402.16 |
| Totals | | | | $70000.00 | $2402.16 | $0.00 | $67597.84 | | $0.00 | $0.00 | $0.00 | $2402.16 |

| | |
|---|---|
| Total Patient Responsibility | $0.00 |
| Claim Amount Issued to Provider | $2402.16 |

Remarks:
1. FDZ The Federal No Surprises Act (NSA) applies for this claim. We allowed covered services using the recognized Qualifying Payment Amount (QPA). The QPA complies with the NSA. The QPA is the difference between the "submitted charges" and "not payable" amount shown on each covered service line. We calculated the member's cost share using the QPA. The member only owes their cost share shown on this notice. You are prohibited from billing the member more than their cost share. Under the NSA, if you don't accept the QPA and want to initiate an Open Negotiation, you have 30 business days from receipt of this notice to do so. You can submit a completed Open Negotiation request form to us via email at FederalNSA@Aetna.com. Our Provider Contact Center team can be reached at 1-888-632-3862 (1-888-MD AETNA) if you need details on initiating an Open Negotiation. If the 30-day negotiation period does not result in the issue of a determination you have 4 business days beginning on the 31st business day following the conclusion of the Open Negotiation period to initiate the independent dispute resolution process. [FDZ]

# EXHIBIT B

