**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMSURGCARE, AND EMERGENCY SURGICAL ASSISTANT,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. AND DOES 1-10.,<br><br>Defendants. | Case No. 2:24-cv-07418-ODW (MAAx)<br><br>**ORDER REMANDING ACTION TO STATE COURT PURSUANT TO THE PARTIES' JOINT STIPULATION** |

On October 29, 2024, Plaintiffs Emsurgcare and Emergency Surgical Assistant and Defendant Amazon.com, Inc. filed a Joint Stipulation of the Parties to Voluntary Remand Action to State Court requesting the Court to remand this case to the Superior Court of California, County of Los Angeles. (Joint Stipulation, ECF No. 17.)

Good cause appearing therefor, the Court **REMANDS** this case to the Superior Court of California, County of Los Angeles, 111 North Hill Street, Los Angeles, California, 90012, Case No. 24STCV17090. Consequently, the Court **DENIES** Defendant's Motion to Dismiss, (ECF No. 13), and Plaintiffs' Motion to Remand, (ECF No. 15), as moot.

Each Party shall bear its own costs and fees in connection with the removal and remand of this action.

**IT IS SO ORDERED.**

October 29, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**